**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PASQUAL ALONZO,<br><br>        Plaintiff,<br><br>v.<br><br>CLARK COUNTY, NEVADA,<br><br>        Defendant. | Case No. 2:25-cv-02244-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 11. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion, Docket No. 11, is **GRANTED** subject to the following:

- No later than February 26, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: February 19, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1